# MISSOURI DEPARTMENT OF HEALTH AND SENIOR SERVICES
## CERTIFICATE OF DEATH

VS 300 MO 580-2211 (1-10)
STATE FILE NUMBER: 124 -

**1. DECEDENT'S LEGAL NAME:** DARREL WAYNE BROWER
**2. SEX:** MALE
**3. IF FEMALE, LAST NAME PRIOR TO FIRST MARRIAGE:**
**4. ACTUAL OR PRESUMED DATE OF DEATH:** JANUARY 23, 2014

**5. SOCIAL SECURITY NUMBER:** [redacted]
**5a. AGE — Last Birthday (Years):** 67
**7. DATE OF BIRTH:** DECEMBER 10, 1946
**8. BIRTHPLACE:** PAWNEE, OKLAHOMA

**9a. RESIDENCE (COUNTRY):** UNITED STATES
**(STATE):** MISSOURI
**9b. COUNTY:** CASS
**9c. CITY, TOWN OR LOCATION:** BELTON
**9d. STREET AND NUMBER:** 406 N PARK DRIVE
**9f. ZIP CODE:** 64012
**9g. INSIDE CITY LIMITS?:** ☒ Yes ☐ No

**10. WAS DECEDENT EVER IN U.S. ARMED FORCES?:** ☒ Yes ☐ No
**11. MARITAL STATUS AT THE TIME OF DEATH:** ☒ Married
**12. SURVIVING SPOUSE'S NAME:** LISA SUE MIZE

**13. FATHER'S NAME:** HAROLD WAYNE BROWER
**14. MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** BETTY JEAN WITT

**15a. INFORMANT'S NAME:** LISA SUE BROWER
**15b. RELATIONSHIP TO DECEDENT:** WIFE
**15c. MAILING ADDRESS:** 406 N PARK DRIVE, BELTON, MISSOURI 64012

**16. PLACE OF DEATH:** ☒ Inpatient
**17. FACILITY NAME:** RESEARCH MEDICAL CENTER
**18. CITY OR TOWN, STATE AND ZIP CODE:** KANSAS CITY, MISSOURI 64132
**19. COUNTY OF DEATH:** JACKSON

**20a. METHOD OF DISPOSITION:** ☒ Cremation
**20b. DATE OF DISPOSITION:** FEBRUARY 03, 2014
**21. PLACE OF DISPOSITION:** MT. MORIAH CREMATORY
**22. LOCATION:** KANSAS CITY, MISSOURI

**23. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY:** MCGILLEY & GEORGE FUNERAL HOME & CREMATION SERVICES, 611 CHESTNUT PO BOX 182, BELTON, MISSOURI 64012
**24. SIGNATURE OF FUNERAL SERVICE LICENSEE:** ALLEN L MEYER
**25. FUNERAL ESTABLISHMENT LICENSE NUMBER:** 2003024097

**26. ACTUAL OR PRESUMED TIME OF DEATH:** 1:50 pm
**27. WAS MEDICAL EXAMINER/CORONER CONTACTED?:** ☒ No

**28. CAUSE OF DEATH:**
- a. IMMEDIATE CAUSE: CARDIOGENIC SHOCK
- b. VFIB ARREST
- c. ACUTE RESPIRATORY FAILURE

**29. WAS AN AUTOPSY PERFORMED?:** ☒ No
**31. DID TOBACCO USE CONTRIBUTE TO DEATH?:** ☒ No
**33. MANNER OF DEATH:** ☒ Natural

**41. CERTIFIER:** ☒ Certifying Physician
**SIGNATURE:** [signature]
**42. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:** Kyle Coffman MD, 2316 E. Meyer Blvd, KC, MO 64132
**43. TITLE OF CERTIFIER:** MD
**44. CERTIFIER MO LICENSE NUMBER:** 2008021055
**45. CERTIFIER NPI NUMBER:** 1992979785
**46. DATE CERTIFIED:** 1/28/14

**47. REGISTRAR'S SIGNATURE:** [signature]
**48. DATE FILED:** January 30, 2014

**48. DECEDENT'S EDUCATION:** ☒ Associate degree (e.g., AA, AS)
**50. DECEDENT OF HISPANIC ORIGIN?:** ☒ No, not Spanish/Hispanic/Latino
**51. DECEDENT'S RACE:** ☒ White

**52. DECEDENT'S USUAL OCCUPATION:** GROOMER
**53. KIND OF BUSINESS/INDUSTRY:** ANIMAL / PET

EXHIBIT A

THIS IS A CERTIFIED COPY OF AN ORIGINAL DOCUMENT