**IN THE 17TH JUDICIAL CIRCUIT COURT, CASS COUNTY, MISSOURI**

| Judge or Division: PROBATE | Case Number: 14CA-PR00072 | EXAMINED & APPROVED Cass County Circuit Court APR 22 2014 J. Michael Rumley Associate Circuit Judge (Date/File Stamp) IV |
|---|---|---|
| | In the Estate of DARREL WAYNE BROWER, Deceased. | |

## Letters of Administration
(Independent Administration)

The State of Missouri to All Persons Interested in the Estate of DARREL WAYNE BROWER:

DARREL WAYNE BROWER, who resided in CASS COUNTY, died intestate, and to the end that the property of the decedent may be collected and disposed of, we appoint LISA SUE BROWER personal representative, who may administer the estate independently without adjudication, order, or direction of the Probate Division of the Circuit Court, with full power and authority as provided by law.

Date of Death: JANUARY 23, 2014

I, J. MICHAEL RUMLEY, Judge of the Probate Division of the Circuit Court of Cass County, Missouri, have signed my name and affixed the seal of the said Court on APRIL 22, 2014.

_____ Judge

Inventory Due: MAY 22, 2014
Statement of Account Due: APRIL 22, 2015
Earliest Date Statement of Account can be filed: NOVEMBER 3, 2014


COURT SEAL OF CIRCUIT COURT OF MISSOURI CASS COUNTY

### Certificate

I, Clerk of the Probate Division, certify that the foregoing Letters, now in full force and effect, is a true copy from the record as it appears in my office.

Witness my hand and seal of court on _____ (date).

_____ Clerk

OSCA (4-07) PR135 (LADI)     1 of 1     473.117, 473.123 RSMo


EXHIBIT B